934 P.2d 1349

PHOENIX NEWSPAPERS, INC., an Arizona corporation, d/b/a/ The Arizona Republic, and Judy Nichols, Plaintiffs–Appellants,

v.

Helen PURCELL, Maricopa County Recorder, a public officer, and Maricopa County, a public body; State of Arizona, a public body, Defendants–Appellees.

No. CV–96–0252–PR.

Supreme Court of Arizona.

March 5, 1997.

### ORDER

After hearing oral argument and considering further the pleadings filed, it appears to the Court that the grant of review in this case was improvident. Therefore,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the Petition for Review is dismissed.

ZLAKET, C.J. and FELDMAN, J., dissent from the dismissal of the Petition for Review.